# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATANA HAMILTON,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:21-cv-01337-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF Nos. 16, 17, 18, 19, 20) |

On September 7, 2021, Plaintiff Ratana Hamilton filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On August 16, 2022, the Court granted an unopposed motion extending the time to file an opening brief until September 15, 2022. (ECF No. 16.) No opening brief was filed by the deadline. On September 20, 2022, the Court issued an order to show cause. (ECF No. 17.) On the same date, Plaintiff filed a response to the order to show cause, as well as the completed opening brief. (ECF Nos. 18, 19, 20.) The Court finds good cause to discharge the order to show cause and accept the opening brief, based on the proffer of counsel that the brief was in fact completed, but not filed due to a combination of technical and communicative errors.

/ / /

/ / /

1    Accordingly, IT IS HEREBY ORDERED that the Court's September 7, 2022 order to show cause (ECF No. 16) is DISCHARGED.  Plaintiff's nunc pro tunc request for an extension to file the opening brief by September 20, 2022, is GRANTED.  The remaining filing deadlines set forth in the Court's scheduling order as amended (ECF Nos. 10, 12, 16) are continued accordingly.

IT IS SO ORDERED.

Dated:   **September 21, 2022**

UNITED STATES MAGISTRATE JUDGE