# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATANA HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-01337-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND COSTS<br><br>(ECF No. 29) |

  Ratana Hamilton ("Plaintiff") filed the complaint in this action on September 7, 2021. (ECF No. 1.) On January 6, 2023, after the filing of Plaintiff's motion for summary judgment, the parties stipulated to remand, and the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 19, 25, 26, 27.) On April 19, 2023, the parties filed a stipulation for the award of attorney fees in the amount of $10,000.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and $627.00 in costs pursuant to 28 U.S.C. § 1920. (ECF No. 29.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $10,000.00, and $627.00 in costs pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: **April 20, 2023**

UNITED STATES MAGISTRATE JUDGE